UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:10-CV-197-BLW |
|---|---|
| Plaintiff, | **REPORT AND** |
| v. | **RECOMMENDATION** |
| RONALD ROBERT EBAUGH, | |
| Defendant. | |

On December 6, 2010, Defendant RONALD ROBERT EBAUGH appeared before

the undersigned United States Magistrate Judge to enter a change of plea pursuant to a

written plea agreement. The Defendant executed a waiver of the right to have the

presiding United States District Judge take his change of plea. Thereafter, the Court

explained to the Defendant the nature of the charges contained in the applicable

Indictment (Dkt. 1), the maximum penalties applicable, his constitutional rights, the

impact that the Sentencing Guidelines will have, and that the District Judge will not be

bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the

Defendant, his counsel, and the government, finds that there is a factual basis for the

**REPORT AND RECOMMENDATION - 1**

Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1)      The District Court accept Defendant RONALD ROBERT EBAUGH's plea of guilty to Count 1 of the Indictment (Dkt. 1),

2)      The District Court order that a pre-sentence report be prepared.

3)      The District Court order forfeiture consistent with Defendant RONALD ROBERT EBAUGH's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1) and the Plea Agreement (Dkt. 14).

4)      The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Counts 2 and 3 of the Indictment (Dkt. 1) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: _Dec. 6_, 2010.                     _____
                                            CANDY WAGAHOFF DALE
                                            CHIEF U.S. MAGISTRATE JUDGE

**REPORT AND RECOMMENDATION - 2**